<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-6608**

―――――――――

DAVID J. GUILFOYLE,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

Respondent - Appellee.

―――――――――

**No. 98-6609**

―――――――――

DAVID J. GUILFOYLE,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director of the Virginia
Department of  Corrections,

Respondent - Appellee.

―――――――――

Appeals from the United States District Court for the Eastern
District of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior
District Judge.  (CA-96-1237-2, CA-96-1238-2)

―――――――――

Submitted:  August 18, 1998          Decided:  September 1, 1998

Before MURNAGHAN, LUTTIG, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David J. Guilfoyle, Appellant Pro Se.  Robert H. Anderson, III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying relief on his petitions filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the records and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeals on the reasoning of the district court. <u>Guilfoyle v. Angelone</u>, Nos. CA-96-1237-2; CA-96-1238-2 (E.D. Va. Apr. 13, 1998). We grant Guilfoyle's motion to incorporate his brief filed in No. 98-6609, to No. 98-6608. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

3